No. 26. JOHN J. DELAHANTY, PLAINTIFF IN ERROR, v. WILLIAM T. PITKIN ET AL. In error to the Supreme Court of Errors of the State of Connecticut. Argued October 27, 1905. Decided October 30, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Giles* v. *Teasley,* 193 U. S. 146; *Remington Paper Company* v. *Watson,* 173 U. S. 443; *Smalley* v. *Laugenour,* 196 U. S. 93; *Wabash Railroad Company* v. *Flannigan,* 192 U. S. 29. Case below, 76 Connecticut, 412. *Mr. Lewis E. Stanton* and *Mr. Sidney E. Clarke* for plaintiff in error. *Mr. Charles E. Perkins* and *Mr. Wm. Waldo Hyde* for defendants in error.

No. 36. EDWARD WHITE, APPELLANT, v. AUGUSTA PATTEN GLOVER ET AL. Appeal from the Court of Appeals of the District of Columbia. Argued November 1, 1905. Decided November 6, 1905. *Per Curiam.* Decree affirmed with costs. Case below, 23 App. D. C. 389. *Mr. E. F. Colladay, Mr. L. T. Michener, Mr. Chester H. Krum* and *Mr. Clayton E. Emig* for appellant. *Mr. Corcoran Thom* and *Mr. Henry P. Blair* for appellees.

No. 38. HARRY J. CANTWELL ET AL., PLAINTIFFS IN ERROR, v. THE STATE OF MISSOURI. In error to the Supreme Court of the State of Missouri. Argued November 2 and 3, 1905. Decided November 6, 1905. *Per Curiam.* Judgment affirmed with costs. *Holden* v. *Hardy,* 169 U. S. 366; *Jacobson* v. *Massachusetts,* 197 U. S. 11; *Jackson* v. *Lamphire,* 3 Pet. 280. Case below, *State* v. *Cantwell,* 179 Missouri, 245. *Mr. Harry J. Cantwell pro se. Mr. North T. Gentry, Mr. John H. Murphy* and *Mr. Herbert S. Hadley* for defendant in error.